Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |  |
|---|---|---|
| RODNEY LASHAIN WASHINGTON | ) | Case No. **2:22-cv-01233-BNW** |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) | Jury Trial: *(check one)* ☑Yes ☐No |
| -v- | ) ) | |
| T-MOBILE | ) ) ) | |
| *Defendant(s)* | ) ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                      RODNEY L. WASHINGTON #516
Street Address            2795 DESERT FOOTHILLS BLVD
City and County           BULLHEAD CITY (MOHAVE COUNTY
State and Zip Code        ARIZONA 86429
Telephone Number          714-280-2351
E-mail Address            themythreal@gmail.com
                          themythreal@gmail.com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name      T-MOBILE

Job or Title *(if known)*      RICHARD JOHNSON, OWNER

Street Address      3618 FACTORIA BLVD SE

City and County      BELLEVUE (KING)

State and Zip Code      WASHINGTON 98006

Telephone Number      800.937-8997

E-mail Address *(if known)*      support@tmobile.com

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

    b.    If the defendant is a corporation

The defendant, *(name)* **T-MOBILE**, is incorporated under the laws of the State of *(name)* **WASHINGTON**, and has its principal place of business in the State of *(name)* **WASHINGTON**.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$50,000**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Breach of Contract, Damages, related**

**Defendant willfully misled customers, facilitated an electronic environment... ( SEE ATTACHED STATEMENT OF CLAIM)**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**SEE ATTACHED (RELEIF)**

# III: Statement of Claim

(1)

T-Mobile broke all contractual obligations by willfully engaging in deceptive business practices causing great pain, stress and physical and emotional damage indescribable. Said defendants willfully did not disclose to customers the separation of services within their company structure that led to constant phone disruptions during calls, missed calls, inability to use phone for its intended use. Caused me personally to not be able to communicate properly with my children, mother, friends.

Caused calls to not come through
from doctors and medical personnel
causing me to miss doctor appointments,
get vital medical information and
direction. Aggravated to the maximum
my Bipolar condition. Blocked me
from getting relief for my extremely
painful physical condition.
Furthermore caused great aggravation
with countless visits to T-Mobile
Store to no avail of any fix. A
T-Mobile representative ineptly
caused an environment electronically

③

rendering me, for zero good cause, to become ineligible within their system to be eligible to receive any new phone for relief. T-Mobile had no remorse, no apologies and even went further in making it extremely difficult to communicate with said company effectively going as far as using an electronic bot for the purpose of reducing if not all but eliminating any chance to effectively receive assistance, which was its obvious purpose.

In evidence it will be proven that not only did T-Mobile willfully engage in spotty service but monthly collected bill payments for service not received. It will be proven just on punitive damages alone that T-Mobile caused unlimited, irreparable damages to the Plaintiff having no remorse or desire to make it right. T-Mobile is and has engaged willfully in unethical business practices strictly for the purpose of financial gain.

⑤

T-Mobile constantly <u>falsely</u> led <u>myself</u> and other customers to believe they would fix problems as they arrived, but again, it was just rehearsed responses to keep our services and payments coming. The biggest representative of that is when the LTE crashed causing millions of customers like myself total inability to use any aspect of my phone. No warning, despite T-Mobile's inside knowledge of

(10)

the very likely possibility that this may happen. Instead of being honest, they perpetrated a fraud and cover up. Even going as far as to encourage and advised us to factory ~~reset~~ our ~~phones~~ at their direction stating it would fix the problem.

Factory resetting a phone wipes out __all__ data, videos, pictures, music __masters__, in my case, everything. Feeling desparate after

⑦

hanging on and suffering from the stress of the last year up to that point and needing my phone due to extreme health issues.

I had been an easy target being physically and mentally weak for the last two years. In and out of the hospital. Even informing them of that through frustrating customer service calls. Constant visits to the T-Mobile store.

(8)

They constantly chose to abuse and take advantage of my weak state with a phone that most of the time didn't work properly, the subsequently didn't work at all due to the LGE crash.

You will see text request for us to still pay our bill despite the grief they had caused. I'm excited to finally tell the world what kind of company they are.

⑨

Tell the world in and through _actual_ conversations that they __DO__ __NOT__ care if you're sick, disabled, Veteran, elderly, in a weakened state, those affected by Covid, those incapacitated, whatever life issue we have and may face they made it clear. They __DO__ __NOT__ __CARE__.

An actual dollar amount



It calculated in pain and suffering, deceit, rehearsed customer service to ignore issues, in store claims to be helpless for the only product they sell. That is the Real T-Mobile and now the world gets to know.

Thank You,

Rodney Lashain Washington

# Relief

The plaintiff is due relief for minimum of eighteen months of service paid refund due to constant interfered service as well as consistent non service. Said defendant engaged in deceptive practice towards the plaintiff causing undue physical and mental stress. Caused disabled plaintiff in constant need of medical care to miss appointments, medical phone calls from doctors, nursing staff

as well as delayed pharmaceuticals,
medications. Broken and dropped
calls for a minimum of eighteen
months causing the inability to
effectively communicate with my
mother and children. Effectively
caused harm in trying to date
and pursuit romantic opportunities.
I-mobile caused through direct
error by I-mobile personnel
blocking me from being able to
upgrade to a new and better phone
before the ultimate crash of the

③

entire system where I was
unable to use the phone in any
capacity.

The amount of $50,000 requested
is only a fraction of what is truly
due to the plaintiff as the sheer
overwhelming uncaring attitude
towards plaintiff throughout was
unacceptable and designed to
make it difficult if not impossible
to effectively communicate issues.
And even once expressed, all
issues were met with rehearsed

④

lines instead of any human compassion. Then as usual I was sent a monthly bill for my aggravation.

Furthermore, after nearly ten to twelve visits to the T-Mobile store seeking relief and/or assistance and greeted with "cant help you", the strain of said numerous trips eventually caused my vehicle to break down on the way home from my last visit, I live in a place

⑤

where without proper transport-
ation, life is all but unbearable

Plaintiff,

Rodney L.
Washington

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   7/29/22

Signature of Plaintiff

Printed Name of Plaintiff   RODNEY L. WASHINGTON

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Street Address              _____

State and Zip Code          _____

Telephone Number            _____

E-mail Address              _____

Rodney Washington
2795 Desert Foothills Blvd.
Suite #516
Bullhead City, AZ 86429

CERTIFIED MAIL

7020 3160 0001 3145 3725

U.S. District Court Office
of the Clerk
333 Las Vegas South, Room 13
Las Vegas, NV 89101

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF REC..D

AUG - 1 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

"YED US MARSHALS SERVICE

U.S. POSTAGE PAID
FCM LG ENV
SANTA CLARITA, CA
91355
JUL 29, 22
AMOUNT
$6.16
R2304E105978-12